JAIME, ALFONSO, RIVERA
FULL NAME

COMMITTED NAME (if different)

INDIO, JAIL
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. BOX, 1748

INDIO, CA, 92202
PRISON NUMBER (if applicable)

2006 35217

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ___  No ✓
COPIES SENT TO
Court ✓  ProSe ___

FILED
2007 NOV -7  PM 2: 52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAIME, ALFONSO, RIVERA

PLAINTIFF,

v.

RIVERSIDE, COUNTY, SHERIFF, DEPT, INDIO
DEPUTY, ALFARO, #3485, INDIO
DEPUTY, I. WHITE, #3155, INDIO    DEFENDANT(S).
DEPUTY, VERDUZCO, #5474, INDIO

CASE NUMBER  07CV 2135 JLS JMA
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff JAIME, ALFONSO, RIVERA, #200635217, INDIO, JAIL P.O. BOX, 1748, INDIO, CA, 92202
   Defendants RIVERSIDE, COUNTY SHERIFFS, DEPT - INDIO DEPUTY ALFARO, #3485, DEPUTY, T. WHITE #3155, INDIO, DEPUTY VERDUZCO #5474

b. Court LARSON, JUSTICE'S CENTER, INDIO, CA, 92201

c. Docket or case number 0605-5986

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) STILL, PENDING

f. Issues raised: YES! COMPAINT. OF POLICE, BRUTALITY

g. Approximate date of filing lawsuit: OCT-25-07

h. Approximate date of disposition N/A

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not IT HAPPENED, PRIOR TO PRISON

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not IT, HAPPENED, PRIOR, TO PRISON

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff JAIME, ALFONSO, RIVERA
(print plaintiff's name)
who presently resides at INDIO, JAIL, P.O. BOX, 1748 INDIO, CA. 92202
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) <u>Aug/8/2006</u>, <u>Aug/8/2006</u>, <u>Aug/8/2006</u>.
    (Claim I)         (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>RIVERSIDE, COUNTY, SHERIFF'S DEPT, INDIO</u> resides or works at
    (full name of first defendant)
    <u>INDIO, CA 92701</u>
    (full address of first defendant)
    <u>SHERIFF'S DEPT</u>
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    <u>RIVERSIDE, COUNTY, SHERIFF'S, DEPT, WAS AND, PRESENTLY ACTING IN ITS, CAPACITY, OF THE RIVERSIDE, COUNTY, SHERIFF'S, DEPT-INDIO</u>

2. Defendant <u>DEPUTY, ALFARO,</u> resides or works at
    (full name of first defendant)
    <u>RIVERSIDE, COUNTY, SHERIFF'S DEPT, INDIO</u>
    (full address of first defendant)
    <u>OFFICER, NO. 3485</u>
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    <u>DEPUTY, ALFARO, WAS AND PRESENTLY ACTING IN ITS CAPACITY OF THE RIVERSIDE, COUNTY, SHERIFF'S, DEPT-INDIO</u>

3. Defendant <u>DEPUTY, I. WHITE</u> resides or works at
    (full name of first defendant)
    <u>RIVERSIDE, COUNTY, SHERIFF'S, DEPT, INDIO</u>
    (full address of first defendant)
    <u>OFFICER, NO. 3155</u>
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    <u>DEPUTY, I. WHITE, WAS, AND PRESENTLY ACTING IN ITS CAPACITY OF THE RIVERSIDE, COUNTY, SHERIFF'S, DEPT-INDIO</u>

4. Defendant  DEPUTY, VERDUZCO _____ resides or works at
   (full name of first defendant)

   RIVERSIDE, COUNTY, SHERIFF'S, DEPT, INDIO _____
   (full address of first defendant)

   OFFICER, NO 5474 _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:

   DEPUTY, VERDUZCO, WAS AND PRESENTLY ACTING IN IT'S
   CAPACITY, OF THE RIVERSIDE, COUNTY, SHERIFF'S DEPT, INDIO

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

POLICE BRUTALITY, COMPLAINT

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

UPON MY ARREST DEPUTY, ALFARO #3485, DEPUTY, I, WHITE #3155 BOTH PULLED ME OUT OF THE DRIVER SIDE WINDOW, USING THIER FISTS THEY PUNCHED ME MULTIPLE TIMES ON MY FACE AND HEAD, WHILE I WAS HANDCUFFED! I WAS HANDCUFFED HAND'S BEHIND MY BACK WHILE DEPUTIES ALFARO, AND WHITE CONTINUED TO BEATING ME USING THEY'RE BATTON. MINUTES LATTER DEPUTY VERDUZCO #5474 ARRIVED AT THE SCENE, DEPUTY VERDUZCO, STARTED TO KICK ME ON MY HEAD CAUSING MAJOR CONCUSSION WICH LANDED ME IN THE EMERGENCY ROOM, AT DESERT REGIONAL MEDICAL CENTER PALMS SPRINGS, CA, I WAS TREATED FOR OPEN CONTUSION'S ON MY FACE, HEAD, AND BODY, DUE TO THE POLICE, BRUTALITY, I OCCURED

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. I WOULD LIKE SOME MEDICAL, AND MENTAL, HEALTH TREATMENT, FOR FIVE TO TEN YEARS

2. I AM SEEKING $500,000.00 TO $600,000.00 FOR PUNATIVE DAMAGES OF BODILY INJURY

3. I WOULD LIKE ALL DEFENDANT'S TO PAY FOR ALL MY LEGAL FEE'S (ATTORNEY FEE'S, COURT FEE'S FILLING, FEE'S AND ANY FUTURE LEGAL FEE'S)

4. I WOULD LIKE ALL DEFENTANT'S TO BE HELD ACCOUNTABLE, AND REPRIMANDED, FOR THIER ACTION'S

OCT/25/07
(Date)

(Signature of Plaintiff)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jaime Alfonso Rivera

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ___ No ✓

COPIES SERVED TO
Court ✓   Pro Se ___

**DEFENDANTS**

Riverside County Sheriff Department, et al

FILED
2007 NOV -7  PM 2:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Riverside
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jaime Alfonso Rivera
PO Box 1748
Indio, CA 92201
200635217

**ATTORNEYS (IF KNOWN)**

'07 CV 2135 JLS JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   November 7, 2007

SIGNATURE OF ATTORNEY OF RECORD

R. Muller